**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 52 EM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM DOBBS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 5th day of December, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, in which Attorney Matthew Francis Sullivan admits that he negligently failed to file a timely Petition for Allowance of Appeal, is GRANTED.

 Attorney Sullivan is DIRECTED to file a Petition for Allowance of Appeal within 15 days.